## (October 26, 1945.)

HARRY B. CHAMBERS, as Chairman of the Democratic County Committee of Bronx County, Respondent, *v.* CONSTANTIN WAGNER et al., Defendants, and WALTER A. BARRETT, Appellant.

*Per Curiam.* The use of the words "Bronx County Headquarters Democrats" as shown by Exhibits A and B is improper and calculated to mislead the public. The order, accordingly, should be affirmed.

Martin, P. J., Townley, Glennon and Cohn, JJ., concur; Dore, J., taking no part.

Order unanimously affirmed.